# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

––––––––––––––––––––––––––––

Case No. 5D2024-1602
LT Case No. 2014-CF-8454-A

––––––––––––––––––––––––––––

COREY LYDELL MORMAN, JR.,

    Petitioner,

    v.

STATE OF FLORIDA,

    Respondent.

––––––––––––––––––––––––––––

Petition for Belated Appeal.
A Case of Original Jurisdiction.

Ryan Edward McFarland, Kent & McFarland, Jacksonville, for Petitioner.

Ashley Moody, Attorney General, and Ryan Roy, Assistant Attorney General, Tallahassee, for Respondent.

July 19, 2024

PER CURIAM.

The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and treated as the notice of appeal from the order denying Petitioner's motion for postconviction relief rendered September 2, 2022, in Case No. 2014-CF-8454-A, in the Circuit Court in and for Duval County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

EDWARDS, C.J., and LAMBERT and JAY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____